USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SCHOFIELD

------------------------------- X
THE NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES LLC,

        Plaintiffs,

v.

        Defendants.
------------------------------- X

No. [ 13 CV 2572 ]

[PROPOSED] ORDER TO SEAL FILE

[FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116]

Upon consideration of the above-named Plaintiffs' Application for an Order to File Under Seal, it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with Plaintiff's *ex parte* Application for a Temporary Restraining Order, Order to Disable Certain Web Sites, Asset Restraining Order, Expedited Discovery Order, Order Allowing Service by Electronic Mail, and Order to Show Cause for Preliminary Injunction under seal pending further order of the Court.

SIGNED this _18_ day of _April_, 2013, at _____ a.m./p.m.

_____
UNITED STATES DISTRICT COURT JUDGE