UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
THE NATIONAL FOOTBALL LEAGUE; and     :
NFL PROPERTIES LLC,                   :    No. 13-CV-2572 (LGS)
                                      :
              Plaintiffs,             :
                                      :
      v.                              :
                                      :
GONG SUNMEI d/b/a NFL-2013.COM; WENG  :
DONG d/b/a                            :
NEWYORKGIANTSPROSHOP.COM; SU          :
DANDAN d/b/a NFLGOODSHOP.COM;         :
XIONGJIN CHEN d/b/a                   :
NFLNIKEJERSEYSM.COM; MA QIFENG d/b/a  :
2013-NEW-JERSEYS.COM, *et al.*,       :
                                      :
              Defendants.             :
------------------------------------- X

**DECLARATION OF JEFFREY H. WARSHAFSKY, ESQ. IN SUPPORT OF
PLAINTIFFS' MOTION FOR APPLICATION OF ENTRY OF DEFAULT**

I, JEFFREY H. WARSHAFSKY, under penalty of perjury, declares and says:

1. I am an attorney licensed to practice law in the State of New York and before the bars of the Southern and Eastern Districts of New York. I am an associate in the law firm of Proskauer Rose LLP ("Proskauer"), counsel to Plaintiffs THE NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC (collectively, "NFL" or "Plaintiffs").

2. I submit this declaration pursuant to Federal Rule of Civil Procedure 55(a) and Rule 55.1 of the Civil Rules for the Southern District of New York in support of Plaintiffs' Motion for Entry of a Default Judgment against GONG SUNMEI d/b/a NFL-2013.COM; WENG DONG d/b/a NEWYORKGIANTSPROSHOP.COM; SU DANDAN d/b/a

NFLGOODSHOP.COM; XIONGJIN CHEN d/b/a NFLNIKEJERSEYSM.COM; MA QIFENG d/b/a 2013-NEW-JERSEYS.COM; ZHENGFA XUE d/b/a NFLJERSEYS-SUPPLY.COM; XU LIANG d/b/a WHOLESALE-NFL-JERSEYS-SHOP.COM; LILAN CHEN d/b/a SNAPBACKHATSONLINE.COM; JONE JOCKE d/b/a CHEAPJERSEYSNEED.COM; RIBERA SESMA d/b/a YOOCHEAPJERSEYS.COM; WANG SEEKBEST d/b/a WHOLESALEJERSEYSES.COM; ZHENG LITTLE d/b/a 2012WHOLESALEJERSEYSNFL.COM; ZHANG QIAN d/b/a NFLNIKEJERSEYSM.COM; ALVAREZ REGGIE d/b/a NFLSHOPUS.US; ESTHER ZIZZO d/b/a YERNFL.ORG; WEIFANG d/b/a WHOLESALEJERSEYSBEST.COM; FANGXL d/b/a FROMCHINAJERSEYS.COM; GROUP JERSEYS d/b/a GROUPJERSEYS.COM; GUIFAN HUAN d/b/a BESTNFLJERSEYSSALE.COM; FANGXI CHENXIUQULI d/b/a USWHOLESALEJERSEYSTORE.COM; and XYZ COMPANIES, JOHN DOES, and JANE DOES d/b/a the aliases identified in Schedule "A" to the Complaint (collectively, "Defaulting Defendants").

3.  If called upon as a witness, I could testify as to all facts set forth in this declaration from my personal knowledge and/or my review of Proskauer's files.

4.  On April 18, 2013, Plaintiffs commenced an action entitled *The National Football League & NFL Properties LLC v. GONG SUNMEI d/b/a NFL-2013.COM ; WENG DONG d/b/a/ NEWYORKGIANTSPROSHOP.COM; SU DANDAN d/b/a NFLGOODSHOP.COM; XIONGJIN CHEN d/b/a/ NFLNIKEJERSEYSM.COM; MA QIFENG d/b/a 20313-NEW-JERSEYS.COM et al.,* No. 13-civ-2572 (LGS) (the "Action") in this Court, by filing a Complaint alleging, *inter alia*, trademark counterfeiting and cybersquatting by Defaulting Defendants

relating to Defaulting Defendants' sale of counterfeit NFL football jerseys, headwear and other apparel bearing Plaintiffs' federally-registered trademarks.

5. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332 and 1338(a) and (b); and 15 U.S.C. §§ 1116 and 1121.

6. Defaulting Defendants have been properly served with the Summons and Complaint and the other documents filed in this Action on April 19, 2013, as set forth in the declaration I filed in further support of Plaintiffs' Temporary Restraining Order, Order to Disable Certain Websites, Asset Restraining Order, Expedited Discovery Order, order Allowing Service by Electronic Mail and Order to Show Cause for Preliminary Injunction, filed with the Court on April 24, 2013, a copy of which is attached hereto as **Exhibit 1**. In granting the Preliminary Injunction Order entered in this action, the Court specifically found that "[t]he NFL successfully served Defendants . . . with the Order, Complaint, Summons, and supporting papers . . ." (*See* Preliminary Injunction Order at p. 4.)

7. None of the Defaulting Defendants has filed an Answer, or otherwise plead, although time to do so has passed.

8. To the best of my knowledge, none of the Defaulting Defendants is an infant, in the military, or incompetent.

I declare under penalty of perjury that the foregoing is true and correct. Executed May 14, 2013 in New York, NY.

_____
JEFFREY H. WARSHAFSKY

3