# DAGUM EXHIBIT 2

wholesalebestjerseys.com – April 5, 2013





WHOLESALE JERSEYS
wholesalebestjerseys.com

Need Help? Call 1-213-985-3066

Email: wholesalebestjersey@gmail.com   wholesalebestjerseys@hotmail.com

| New Products | All Products | About Us | Contact Us | View Cart |

Log In  or  Register

Search for...   Advanced Search   Your cart is empty   Currency: US Dollar

**Categories**
- Nike NFL Jerseys
- NFL Jerseys
- MLB Jerseys
- NHL Jerseys
- NBA Jerseys
- NCAA Jerseys
- Women Jerseys
- Youth Jerseys
- Custom Jersey
- Sports Accessory
- Authentic Jerseys
- Soccer Club
- Soccer Country
- Sports Caps

**Bestsellers**



1. Nike Texans #99 J.J. Watt Red...
2. Nike Giants #80 Victor Cruz Royal...
3. Nike Broncos #18 Peyton Manning...
4. Lakers #10 Steve Nash Yellow Home...
5. Revolution 30 Lakers #12 Dwight...
6. Nike 49ers #7 Colin Kaepernick Red...
7. Revolution 30 Lakers #12 Dwight...
8. Revolution 30 Lakers #12 Dwight...
9. Nike Giants #10 Eli Manning Royal...
10. Nike Texans #99 J.J. Watt Lights...

**Recent Orders**


All Star Mitchell and Ness Bulls #23 Michael Jordan Stitched Baby Blue NBA Jersey


All Star Mitchell and Ness Bulls #23 Michael Jordan Stitched Baby Blue NBA Jersey

## New Products For April


Croatia Blank Red/White Home Soccer Country Jersey
$18.99


France #10 Zidane Blue Home Soccer Country Jersey
$18.99


Ireland #10 Robbie Keane White Away Soccer Country Jersey
$18.99


Wolverines #3 Trey Burke Gold Basketball Stitched NCAA Jersey
$21.99


Nike 49ers #7 Colin Kaepernick Red Team Color Men's Stitched NFL Elite Autographed Jersey
$21.50



Poland #20 Lukasz Piszczek Red Away Soccer Country Jersey
$18.99

Argentina #7 Di Maria Blue Away Soccer Country Jersey
$18.99


Nets #11 Brook Lopez White Home Stitched NBA Jersey
$18.99

## Featured Products


Nike Raiders #34 Bo Jackson Grey Shadow Men's Stitched NFL Elite Jersey
$22.50


Nike Lions #81 Calvin Johnson Light Blue Team Color Youth Portrait Fashion NFL Game Jersey
$21.50


Nike Saints #43 Darren Sproles White Men's Stitched NFL Helmet Tri-Blend Limited Jersey
$21.50


Nike Texans #99 J.J. Watt Lights Out Black With 10th Patch Men's Stitched NFL Elite Jersey
$22.50


All Star Mitchell and Ness Bulls #23 Michael Jordan Stitched Baby Blue NBA Jersey


Phillies #26 Chase Utley Stitched Grey MLB Jersey


Red Wings #13 Pavel Datsyuk Stitched White NHL Jersey


Nike Browns Blank Brown Team Color Youth NFL Game Jersey
$21.50


Nike Giants #91 Justin Tuck White Women's Stitched NFL Limited Jersey
$21.50


Nike Cowboys #88 Dez Bryant Zebra Women's Stitched NFL Elite Jersey
$21.50


Nike Cowboys #88 Dez Bryant Grey Shadow Men's Stitched NFL Elite Jersey
$22.50


Nike Bills #13 Steve Johnson White Men's Stitched NFL Helmet Tri-Blend Limited Jersey
$21.50


Nike Raiders #12 Jacoby Ford White Silver No. Men's Stitched NFL Game Jersey
$21.50


Wild #11 Zach Parise Green Stitched NHL Jersey
$32.99


Nike Dallas Cowboys #82 Jason Witten Name & Number NFL T-Shirt White
$12.00

### wholesalebestjerseys.com. - China Wholesale 2012 NFL NHL MLB NBA NCAA Jerseys For Sale

wholesalebestjerseys.com is a Hong-Kong based business-to-consumer (B2C) Online trade company, located in Shanghai next to Hong Kong, the world's fastest growing city. Best Store for shopping jerseys, wholesale 2012 New NFL NHL MLB NBA NCAA Jerseys. Free Shipping for order over 10pcs. Our company are professional wholesaler of all kinds jerseys. All numbers and names are stitched on jerseys. Huge stock for all kind of jerseys, also 100% guaranteed for your require. Please take your happiness go home from us expand to all over the world and every corner. That is just what we need and our goal. Thanks for reading and enjoy your shopping!

Top 7 Reasons to Buy Sports Jerseys From wholesalebestjerseys.com

1> Timely Delivery   2> First-Class Quality   3> Good Faith   4> Cheap Price   5> Secure Payment   6> Featured Products   7> Best After-Sale Service

| Feedback | More>> | List News | | Customer Service | Our Recommend |
|---|---|---|---|---|---|
| I have recieved... | 2013-04-03 | Steven Jackson happy... | | Home | Green Bay Packers Jersey |
| Anndi, ... | 2013-04-03 | Darvish and Freese... | | Register | Denver Broncos Jersey |
| Dear Anndi, ... | 2013-04-02 | NHL, NHLPA hold second... | | Contact Us | Pittsburgh Steelers Jersey |
| Anndi, I... | 2013-04-02 | Report: Lin, Rockets... | | Shopping Cart | Texas Rangers Jersey |
| Hi Anndi, I... | 2013-03-25 | Rodgers may need to... | | Shipping & Refund | Boston Bruins Jersey |
| Hello there, I... | 2013-03-22 | | | Privacy Notice | Chicago Bulls Jersey |

     

Copyright © 2012 wholesalebestjerseys.com. Powered by China Wholesale 2013 NFL NHL MLB NBA NCAA Jerseys

# wholesalebestjerseys.org homepage

# March 10, 2014




























wholesalebestjerseys.net homepage
July 18, 2014




Soccer Country Jersey


Revolution 30 Bucks #12 Jabari Parker Red Stitched NBA Jersey


Angels #27 Mike Trout Grey Cool Base Stitched Youth


Nike Raiders #21 Maurice Jones-Drew Black Team Color Men's Stitched NFL Elite Jersey

Giants #8 Hunter Pence Cream Cool Base w/2012 World Series Champion

## Featured Products


Italy #16 De Rossi Blue Home Long Sleeves Soccer Country Jersey
$18.99


Nike Bills #14 Sammy Watkins Royal Blue Team Color Men's Stitched NFL New Limited Jersey
$21.50


Kings #74 Dwight King White Road 2014 Stanley Cup Champions Stitched NHL Jersey
$32.99


Kings #23 Dustin Brown Black Home 2014 Stanley Cup Champions Stitched NHL Jersey
$32.99



Kings #11 Anze Kopitar Black Home 2014 Stanley Cup Champions Stitched NHL Jersey
$32.99


Kings #10 Mike Richards Black Home 2014 Stanley Cup Champions Stitched NHL Jersey
$32.99


Kings #33 Martin McSorley Black CCM Throwback 2014 Stanley Cup Finals Stitched NHL Jersey
$32.99


Kings #99 Wayne Gretzky Black CCM Throwback 2014 Stanley Cup Finals Stitched Youth NHL Jersey
$32.99

### wholesalebestjerseys.net. - China Wholesale 2014 NFL NHL MLB NBA NCAA Jerseys For Sale

wholesalebestjerseys.net is a Hong-Kong based business-to-consumer (B2C) Online trade company, located in Shanghai next to Hong Kong, the world's fastest growing city. Best Store for shopping jerseys, wholesale 2012 New NFL NHL MLB NBA NCAA Jerseys. Free Shipping for order over 10pcs. Our company are professional wholesaler of all kinds jerseys. All numbers and names are stitched on jerseys. Huge stock for all kind of jerseys, also 100% guaranteed for your require. Please take your happiness go home from us expand to all over the world and every corner. That is just what we need and our goal. Thanks for reading and enjoy your shopping!

Top 7 Reasons to Buy Sports Jerseys From wholesalebestjerseys.net

1> Timely Delivery   2> First-Class Quality   3> Good Faith   4> Cheap Price   5> Secure Payment   6> Featured Products   7> Best After-Sale Service

| Feedback | More >> | List News | | Customer Service | Our Recommend |
|---|---|---|---|---|---|
| Hi anndi, I... | 2014-05-20 | Steven Jackson happy... | | Home | Seattle Seahawks Jersey |
| Anndi,Thank you... | 2014-04-29 | Darvish and Freese... | | Register | Women Jerseys |
| Hi Anndi I have... | 2014-02-17 | NHL, NHLPA hold second... | | Contact Us | San Antonio Spurs Jersey |
| Hello Anndi, ... | 2014-02-14 | Report: Lin, Rockets... | | Shopping Cart | Germany Jersey |
| Anndi, I have... | 2014-01-15 | Rodgers may need to... | | Shipping & Refund | Argentina Jersey |
| Do you have a... | 2014-01-01 | | | Privacy Notice | Baseball T-Shirts |

    

Copyright © 2014 wholesalebestjerseys.net. Powered by China Wholesale 2014 NFL NHL MLB NBA NCAA Jerseys

# wholesalebestjerseys.net About Us
# July 18, 2014



