# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE NATIONAL FOOTBALL LEAGUE; and
NFL PROPERTIES LLC,

                Plaintiffs,

        v.

GONG SUNMEI d/b/a NFL-2013.COM; WENG
DONG d/b/a
NEWYORKGIANTSPROSHOP.COM; SU
DANDAN d/b/a NFLGOODSHOP.COM;
XIONGJIN CHEN d/b/a
NFLNIKEJERSEYSM.COM; MA QIFENG d/b/a
2013-NEW-JERSEYS.COM, *et al.*,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 13-CV-2572 (LGS)

**AFFIDAVIT OF SERVICE**

I, JEFFREY H. WARSHAFSKY, under penalty of perjury, declares and says:

    1.    I am an attorney licensed to practice law in the State of New York and before the bars of the Southern and Eastern Districts of New York.  I am an associate in the law firm of Proskauer Rose LLP ("Proskauer"), counsel to Plaintiffs THE NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC (collectively, "Plaintiffs").

    2.    On August 11, 2014, the Court granted an Order to Show Cause for Supplemental Order (the "Order to Show Cause").  The Order to Show Cause directed Plaintiffs to serve the Defendants in this action by registered electronic mail at the e-mail addresses listed in Exhibit 1 to the Order to Show Cause, in addition to the e-mail addresses with which Defendants were previously served with the Court's June 28, 2013 Default Judgment and Permanent Injunction Order (the "Default Judgment Order and Permanent Injunction Order"), the Court's August 13,

2013 Supplemental Order, the Court's December 16, 2013 Supplemental Order, and the Court's April 1, 2014 Supplemental Order.

3.      On August 11, 2014, Proskauer served Defendants by registered e-mail (at Defendants' e-mail addresses identified in the preceding paragraph) with copies of the Order to Show Cause and the Default Judgment and Permanent Injunction Order, and provided Defendants with access to the NFL's supporting Memorandum of Law, Declarations, and exhibits.

4.      According to the Delivery Receipts Proskauer received from RPost (an online service which provides valid proof of authorship, content, delivery, and official time sent and received), 1,543 of Defendants' e-mail addresses received service.

5.      Given Defendants' interrelatedness, and given the Court's previous finding that service at 970 of Defendants' e-mail addresses constituted adequate service of the July 30, 2013 Order to Show Cause for Supplemental Order, Plaintiffs' counsel believes that all Defendants have adequately been served with and notified of the Order to Show Cause and supporting papers.

I declare under penalty of perjury that the foregoing is true and correct.  Executed August 13, 2014 in New York, NY.

_____
JEFFREY H. WARSHAFSKY