UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
THE NATIONAL FOOTBALL LEAGUE; and :
NFL PROPERTIES LLC, :  No. 13-CV-2572 (LGS)
:
             Plaintiffs, :
: **AFFIDAVIT OF SERVICE**
    v. :
:
GONG SUNMEI d/b/a NFL-2013.COM; WENG :
DONG d/b/a :
NEWYORKGIANTSPROSHOP.COM; SU :
DANDAN d/b/a NFLGOODSHOP.COM; :
XIONGJIN CHEN d/b/a :
NFLNIKEJERSEYSM.COM; MA QIFENG d/b/a :
2013-NEW-JERSEYS.COM, *et al.*, :
:
             Defendants. :
------------------------------------ X

I, JEFFREY H. WARSHAFSKY, under penalty of perjury, declares and says:

1.   I am an attorney licensed to practice law in the State of New York and before the bars of the Southern and Eastern Districts of New York.  I am an associate in the law firm of Proskauer Rose LLP ("Proskauer"), counsel to Plaintiffs THE NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC (collectively, "Plaintiffs").

2.   On September 4, 2014, the Court granted a Supplemental Order.  The Supplemental Order directed Plaintiffs to serve the Defendants in this action with a copy of the Supplemental Order by registered electronic mail at the e-mail addresses listed in Exhibit 1 to the Supplemental Order, in addition to the e-mail addresses with which Defendants were previously served with the Court's June 28, 2013 Default Judgment and Permanent Injunction Order (the "Default Judgment Order and Permanent Injunction Order"), the Court's August 13, 2013

Supplemental Order, the Court's December 16, 2013 Supplemental Order, and the Court's April 1, 2014 Supplemental Order.

3. On September 8, 2014, Proskauer served Defendants by registered e-mail (at Defendants' e-mail addresses identified in the preceding paragraph) with a copy of the Supplemental Order.

4. According to the Delivery Receipts Proskauer received from RPost (an online service which provides valid proof of authorship, content, delivery, and official time sent and received), 1,520 of Defendants' e-mail addresses received service.

5. Given Defendants' interrelatedness, and given the Court's previous finding that service at 970 of Defendants' e-mail addresses constituted adequate service of the July 30, 2013 Order to Show Cause for Supplemental Order, Plaintiffs' counsel believes that all Defendants have adequately been served with and notified of the Order to Show Cause and supporting papers.

I declare under penalty of perjury that the foregoing is true and correct. Executed September 10, 2014 in New York, NY.

_____
JEFFREY H. WARSHAFSKY